IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY LAWRENCE,

    Plaintiff,

vs.                                                    Civil Action No.: 05-1011

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

ORDER

NOW this 1st day of Feb, 2006, it is hereby

ORDERED that the above titled matter is DISMISSED.

_____
US District Judge